# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

JESSE EARL McCARVER

ADC #76860

PLAINTIFF

V.            NO: 2:10CV00192 SWW/HDY

T. BALL *et al.*            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the East Arkansas Regional Unit and the Arkansas Department of Correction are DISMISSED WITH PREJUDICE.

DATED this 17th day of December, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE