# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

JESSE EARL McCARVER                                                                                      PLAINTIFF
ADC #76860

V.                                          NO: 2:10CV00192 SWW

TODD BALL *et al.*                                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.    Defendants' motion for summary judgment (docket entry #31) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2.    The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of July, 2012.

                                                                     /s/Susan Webber Wright
                                                                   UNITED STATES DISTRICT JUDGE