**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JESSE EARL McCARVER                                                                                          PLAINTIFF
ADC #76860

V.                                              NO: 2:10CV00192 SWW

TODD BALL *et al.*                                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of July, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE